UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HORNBERGER, JR.,           )
                                 )
          Plaintiff,             )
                                 )
          v.                     )   NO.  3:10-1053
                                 )   Judge Sharp/Bryant
STATE OF TENNESSEE, et al.,      )   Jury Demand
                                 )
          Defendants.            )

**O R D E R**

The District Judge has granted defendants' motion to continue the trial and amend the scheduling order and has referred the case to the undersigned Magistrate Judge for entry of an amended case management order (Docket Entry No. 31).

Counsel shall confer and file on or before **Monday, January 16, 2012**, a proposed revised case management order containing deadlines for the progression of this case. Following the filing of this proposed revised case management order, a new trial date and pretrial conference date will be determined by the District Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge